# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Vladimir Pavlovic** | : Case No.: **18-07002** |
| | : **Chapter 13** |
| **Debtor.** | : **Judge Jack B. Schmetterer** |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Todd J. Ruchman enters his appearance as counsel for JPMorgan Chase Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                        Respectfully submitted,

                                        /s/ Todd J. Ruchman
                                        Todd J. Ruchman (6271827)
                                        Keith Levy (6279243)
                                        Sarah E. Barngrover (28840-64)
                                        Adam B. Hall (0088234)
                                        Edward H. Cahill (0088985)
                                        Umair M. Malik (6304888)
                                        Manley Deas Kochalski LLC
                                        P.O. Box 165028
                                        Columbus OH  43216-5028
                                        Telephone: 614-220-5611
                                        Fax: 614-627-8181
                                        Attorneys for Creditor
                                        The case attorney for this file is Todd J. Ruchman.
                                        Contact email is tjruchman@manleydeas.com

18-008932_PS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

David H Cutler, Attorney for Vladimir Pavlovic, 4131 Main St., Skokie, IL 60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 21, 2018:

Vladimir Pavlovic, 142 Innsbrook Drive, Streamwood, IL 60107

Vladimir Pavlovic, 142 Innsbrook Dr, Streamwood, IL 60107

/s/ Todd J. Ruchman

18-008932_PS