UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
Vladimir Pavlovic

Debtor(s)

BK No.: 18-07002

Chapter: 13

Honorable Jack Schmetterer

### ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

a) Defer the current trustee default to the end of the Plan;

b) Suspend the trustee payment for January 2019 and February 2019;

c) Debtor shall resume making the regular trustee payments in March 2019.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 02, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600