UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:   Vladimir Pavlovic | CASE NO:   18-07002 |
| | CHAPTER:   13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION AND LIEN RELEASE**

As to Claim 2 filed on 05/08/2018, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim has been satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo will release its lien and submit the appropriate documents to the Debtor(s)\borrowers. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

Dated: June 17, 2019                                                                    STEWART, ZLIMEN & JUNGERS, LTD.

                                                                    By     /s/ Bradley J. Halberstadt
                                                                              Bradley J. Halberstadt
                                                                              Attorney in Fact
                                                                              2860 Patton Road
                                                                              Roseville, MN  55113
                                                                              Phone:  651-366-6380, Ext. 111
                                                                              Fax:  651-366-6383
                                                                              E-Mail:  brad@szjlaw.com

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on June 17, 2019, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.