UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-07002
Vladimir Pavlovic )
)
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY
### (FIRST MORTGAGE)

This matter is before the Court on the Motion for Relief from Automatic Stay by JPMorgan Chase Bank, National Association (hereinafter "Movant').

The automatic stay is modified to permit Creditor to enforce its rights against the property described as 142 Innsbrook Dr, Streamwood, IL 60107 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s).

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: October 02, 2019

**Prepared by:**

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com