32

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              :
                                    :
Vladimir Pavlovic                   :   Case No.: 18-07002
                                    :   Chapter 13
Debtor.                             :   Judge Jack B. Schmetterer
                                    :   * * * * * * * * * * * * * * * * * *
                                    :
                                    :

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT 142 INNSBROOK DR, STREAMWOOD, IL 60107

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #32) which was filed in this court by JPMorgan Chase Bank, National Association ("Movant"), Movant and Vladimir Pavlovic ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of May 2019 through September 2019, incurring a total post-petition arrearage of $4,054.09, which consists of 1 post-petition payments for May 1, 2019 at $969.85 each, and 4 post-petition payments for June 1, 2019 through September 1, 2019 at $771.06 each.

In order to partially eliminate said post-petition delinquency, Debtor agrees to submit to Movant and Movant agrees to accept check number 306010794 in the amount of $1,700.00 and check number 305987379 in the amount of $1,600.00 on or before September 13, 2019 reducing the post-petition delinquency to $754.09.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $125.69 on or before October 20, 2019;

    b. $125.68 on or before November 20, 2019;

    c. $125.68 on or before December 20, 2019;

    d. $125.68 on or before January 20, 2020;

    e. $125.68 on or before February 20, 2020;

1

18-008932_CJP

   f. $125.68 on or before March 20, 2020.

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Debtor must continue to make timely post-petition mortgage payments directly to Movant beginning October 1, 2019.

4. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

5. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

6. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: 10/2/19

– 2 OCT 2019

Submitted by:

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

ENTER:

UNITED STATES BANKRUPTCY JUDGE

David H Cutler
Michelle Mandroiu
4131 Main St.
Skokie, IL 60076
Email: cutlerfilings@gmail.com
Attorney for Debtor

2